# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Kari Fitzsimmons,<br><br>    Plaintiff,<br><br> – against–<br><br><br>Discover Bank, Trans Union, LLC, and Equifax Information Services, LLC,<br><br>    Defendant(s). | Civil Action No. 17-1579 |

## NOTICE OF SETTLEMENT

 PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff and Defendant, Trans Union LLC. Plaintiff intends on filing a Stipulation of Dismissal with Prejudice and Proposed Order once the settlement is consummated.

      Respectfully submitted,

      *s/ Antranig N. Garibian*
      Antranig Garibian, Esq. (Bar No. 4962)
      Garibian Law Offices, P.C.
      1010 Bancroft Parkway, Suite 22
      Wilmington, DE 19805
      Telephone: 302-722-6885
      Email: ag@garibianlaw.com
      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant, Trans Union, LLC, has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

         Respectfully submitted,

         *s/ Antranig N. Garibian*____
         Antranig Garibian, Esq. (Bar No. 4962)
         Garibian Law Offices, P.C.
         1010 Bancroft Parkway, Suite 22
         Wilmington, DE 19805
         Telephone:  302-722-6885
         Email: ag@garibianlaw.com
         *Counsel for Plaintiff*