**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

KARI FITZSIMMONS,                                          CASE NO. 1:17-cv-01579-RDM

        Plaintiff,

   vs.

DISCOVER BANK; TRANS UNION,
LLC; and EQUIFAX INFORMATION
SERVICES, LLC;

        Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND**
**DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Kari Fitzsimmons ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**GARIBIAN LAW OFFICES, P.C.**

Date:  April 10, 2018

*/s/ Antranig N. Garibian (with consent)*
Antranig N. Garibian (#4962)
1010 Bancroft Parkway, Suite 22
Wilmington, DE  19805
Telephone:  (302) 722-6885
E-Mail:  ag@garibianlaw.com
*Counsel for Plaintiff Kari Fitzsimmons*

Date:  April 10, 2018                              **COOCH AND TAYLOR, P.A.**


                                                  */s/ Blake A. Bennett*
                                                  Blake A. Bennett (#5133)
                                                  The Brandywine Building
                                                  1000 West Street, 10th Floor
                                                  Wilmington, DE  19801
                                                  Telephone:  (302) 984-3800
                                                  E-Mail:  bbennett@coochtaylor.com
                                                  *Local Counsel for Defendant Trans Union, LLC*


**OF COUNSEL**
Debra A. Miller, Esq. (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  dmiller@schuckitlaw.com
*Counsel for Defendant Trans Union, LLC*