IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KARI FITZSIMMONS,

    Plaintiff,

vs.

DISCOVER BANK; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC;

    Defendants.

CASE NO. 1:17-cv-01579-RDM

**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Kari Fitzsimmons, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Kari Fitzsimmons against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Kari Fitzsimmons and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 4/10/18

JUDGE, United States District Court,
District of Delaware