## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Kari Fitzsimmons,<br><br>        Plaintiff,<br><br>   – against–<br><br>Discover Bank, Trans Union, LLC, and<br>Equifax Information Services, LLC,<br><br>        Defendant(s). | Civil Action No. 17-1579-RDM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT DISCOVER BANK

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant Discover Bank shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice against Defendant Discover Bank may be entered in the above entitled action pursuant hereto.

Dated: July 3, 2018

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

_/s/ Antranig Garibian_
Antranig Garibian (DE Bar # 4962)
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
Tel: (302) 722-6885
Fax: (302) 888-2923
_Counsel for Plaintiff_

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal with Prejudice using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.


Dated:  July 3, 2018                          Respectfully Submitted,


                                              */s/ Antranig Garibian*
                                              Antranig Garibian