THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI FITZSIMMONS, | : |
| Plaintiff, | : |
| v. | : 1:17-CV-1579 |
| | : (JUDGE MARIANI) |
| DISCOVER BANK, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS _3rd_ DAY OF JULY, 2018, upon receipt of Plaintiff's Notice of Voluntary Dismissal with Prejudice Against Defendant Discover Bank (Doc. 19), **IT IS HEREBY ORDERED THAT** Defendant Discover Bank is **DISMISSED WITH PREJUDICE** from the above-captioned action. All Defendants having been dismissed from this action, **IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to **CLOSE** this action.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge